# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## JUDGMENT RENDERED FEBRUARY 24, 2021

## NO. 03-19-00148-CR

**Michael Andrew Horn, Appellant**

**v.**

**The State of Texas, Appellee**

### APPEAL FROM THE 33RD DISTRICT COURT OF LLANO COUNTY
### BEFORE JUSTICES GOODWIN, KELLY, AND SMITH
### MODIFIED AND, AS MODIFIED, AFFIRMED -- OPINION BY JUSTICE GOODWIN

This is an appeal from the judgment of conviction entered by the trial court. Having reviewed the record and the parties' arguments, the Court holds that there was no error in the court's judgment requiring reversal. However, there was error in the judgment that requires correction. Therefore, the Court modifies the trial court's judgment to reduce the amount of court costs by $22.50. The judgment, as modified, is affirmed. Because appellant is indigent and unable to pay costs, no adjudication of costs is made.